No. D–2678. IN RE DISBARMENT OF AGILIGA. Disbarment entered. [For earlier order herein, see 566 U. S. 984.]

No. D–2679. IN RE DISBARMENT OF WEBER. Disbarment entered. [For earlier order herein, see 567 U. S. 931.]

No. D–2680. IN RE DISBARMENT OF HALL. Disbarment entered. [For earlier order herein, see 567 U. S. 955.]

No. D–2681. IN RE DISBARMENT OF HENNESSEY. Disbarment entered. [For earlier order herein, see 567 U. S. 955.]

No. D–2683. IN RE DISBARMENT OF SMALLENBERG. Disbarment entered. [For earlier order herein, see 567 U. S. 955.]

No. D–2692. IN RE DISCIPLINE OF ROTH. Clifford R. Roth, of Otisville, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2693. IN RE DISCIPLINE OF KIRSHENBAUM. Warren A. Kirshenbaum, of Newton, Mass., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2694. IN RE DISCIPLINE OF BARKER. Ronald Kay Barker, of Lee's Summit, Mo., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2695. IN RE DISCIPLINE OF PAYNE. Richard B. Payne, of Kansas City, Kan., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2696. IN RE DISCIPLINE OF NNAKA. Godson M. Nnaka, of Baltimore, Md., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.